[No. 13893.   Department One.   January 11, 1918.]

ADA NAYLOR, *Respondent*, v. M. G. NAYLOR *et al.*,
*Appellants.*[1]

ABATEMENT AND REVIVAL—DEATH PENDING APPEAL. An action to set aside a decree of adoption is of a personal nature and abates upon plaintiff's death pending appeal.

Appeal from a judgment of the superior court for Yakima county, Grady, J., entered August 25, 1916, in favor of the plaintiff, vacating a decree of adoption, tried to the court. Dismissed.

*Parker & Holden* and *Charles F. Bolin*, for appellants.

*J. Lenox Ward* and *Frank J. Allen*, for respondent.

PER CURIAM.—This was an action to set aside a decree of adoption. Pending the appeal, the respondent died.

The cause of action being of a personal nature and not surviving to the representatives of the deceased, the action abated upon the death of respondent, and the appeal must be dismissed.

[1]Reported in 169 Pac. 819.